IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CLARENCE EDWARD JONES, #203 947,  )
)
         Plaintiff,  )
)
vs.  )  CASE NO. 2:14cv-765-WHA
)
ROBERT BENTLEY, et al.,  )  (WO)
)
         Defendants.  )

**ORDER**

    This case is before the court on the Recommendation of the Magistrate Judge (Doc. #10), entered on October 7, 2014.  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

    ORDERED that this case is DISMISSED without prejudice for failure of the Plaintiff to pay the requisite fees or provide the court with financial information in compliance with the orders of the court.   Final Judgment will be entered accordingly.

    DONE this 29th day of October, 2014.

                                       /s/  W. Harold Albritton
                                       W. HAROLD ALBRITTON
                                       SENIOR UNITED STATES DISTRICT JUDGE